# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Petitioner, <br> v. <br> Eugenii Glushchenko, <br> Respondent. | No. CV-19-04678-PHX-SPL (JFM) <br> **TEMPORARY RESTRAINING ORDER** |

The Court has fully considered the Petition and Motion for Temporary Restraining Order and concludes that because immediate and irreparable injury will occur before Defendant can be given notice because of Defendant's current mental and physical condition.

**IT IS HEREBY ORDERED** that the Department of Homeland Security, through competent medical authority, may perform involuntary medical examinations, involuntary blood draws, and weight checks of Respondent Eugenii Glushchenko and may restrain him if he resists those examinations, and may involuntarily administer hydration, nutritional supplements, or urinary catheters if necessary to preserve his life, until such time as Defendant discontinues his hunger strike or until the Court otherwise orders.

///

///

///

///

**IT IS FURTHER ORDERED** that the Government must file a status report on Monday, July 15, 2019, no later than 5:00 p.m. After reviewing the status report, the Court will contemplate setting a status hearing or a hearing regarding the continuation of this TRO or a potential preliminary injunction.

Dated this 10th day of July, 2019.

_____
Honorable Steven P. Logan
United States District Judge