# EXHIBIT 2

# EXHIBIT 2

# Record of Deportable/Inadmissible Alien

**U.S. Department of Homeland Security**  Subject ID: [REDACTED]

| Field | Value | Field | Value |
|---|---|---|---|
| Family Name (CAPS) | GLUSHCHENKO, EUGENII | First | |
| Middle | | Sex | M |
| Hair | BRO | Eyes | BRO |
| Cmplxn | FAR | | |
| Country of Citizenship | RUSSIA | Passport Number and Country of Issue | |
| File Number | CASE No [REDACTED] 460 | Height | 71 |
| Weight | 170 | Occupation | LABORER |
| U.S. Address | FAILED TO PROVIDE | Scars and Marks | NONE INDICATED |
| Date, Place, Time, and Manner of Last Entry | 09/01/2018, 0800, 0.25 mile(s) W of LUK, PWA (AFOOT) | Passenger Boarded at | |
| F.B.I. Number | [REDACTED] | Marital Status | ☒ Single |
| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension | PB |
| Date of Birth | [REDACTED] 1982  Age: 36 | Date of Action | 09/02/2018 |
| Location Code | TCA/AJO | At/Near | AJO, AZ |
| Date/Hour | 09/01/2018 1930 | | |
| City, Province (State) and Country of Birth | RUSSIA | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ |
| By | SERGIO RAMOS | | |
| NIV Issuing Post and NIV Number | | Social Security Account Name | |
| Status at Entry | PWA Mexico | Status When Found | TRAVEL/SEEKING |
| Date Visa Issued | | Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY | | |
| Immigration Record | NEGATIVE | Criminal Record | None Known |
| Name, Address, and Nationality of Spouse | | Number and Nationality of Minor Children | NONE |
| Father's Name, Nationality, and Address, if Known | See Narrative | Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed | Fingerprinted? ☐ Yes ☐ No | Systems Checks: See Narrative |
| Charge Code Words(s) | I7A1 | | |
| Name and Address of (Last)(Current) U.S. Employer | | Type of Employment | |
| Salary | Hr | Employed from/to | |

**Narrative** (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: [REDACTED]      I77 #: NONE

Left Index Print     Right Index Print

ARREST COORDINATES:
--------------------
Latitude:   31.92827
Longitude: -112.80207

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
Classification: [REDACTED]

Alien has been advised of communication privileges     09/02/18 (Date/Initials)

ROBERTO BRAVO
BORDER PATROL AGENT
(Signature and Title of Immigration Officer)

Distribution:
TO FILE
CC: TCA / AJO
CC: AJO / PAIC

Received: (Subject and Documents) (Report of Interview)
Officer: ROBERTO BRAVO
on: September 02, 2018 at 1040 (time)
Disposition: [REDACTED]
Examining Officer: VICENTE E. PACO

Form I-213 (Rev. 08/01/07) Y

U.S. Department of Homeland Security | Continuation Page for Form __I213__

| Alien's Name | File Number | Date |
|---|---|---|
| GLUSHCHENKO, EUGENII | ███████460<br>Event No: ███████ | 09/02/2018 |

**FATHER NAME AND ADDRESS:**
------------------------
Nationality:RUSSIA PAUL
RUSSIA

**MOTHER NAME AND ADDRESS:**
------------------------
Nationality:RUSSIA VERA
RUSSIA

**FUNDS IN POSSESSION:**
---------------------
Mexican Peso 20.00
United States Dollar 5.00

**RECORDS CHECKED:**
-----------------
███████

**NARRATIVE:**
----------
**IMMIGRATION HISTORY:**
None.
**CRIMINAL HISTORY:**
None.
**ENCOUNTER:**
Border Patrol Agent Sergio Ramos encountered GLUSHCHENKO, Eugenii and one other subject near mile marker 77 along State Route 85, near Lukeville in the District of Arizona. Agent Ramos determined GLUSHCHENKO, Eugenii had unlawfully entered the United States of America from Mexico, at a time and place other than as designated by the Secretary of the Department of Homeland Security of the United States of America.
After determining that GLUSHCHENKO, Eugenii was an alien whom illegally entered the United States, GLUSHCHENKO, Eugenii, was arrested and transported to the Ajo Border Patrol Station for further processing using the ███████ and ███████ Systems.
**IMMIGRATION VIOLATION:**
At the Ajo Border Patrol Station, GLUSHCHENKO, Eugenii stated he was a citizen and national of Russia without the necessary legal documents to enter, pass through, or remain in the United States. GLUSHCHENKO, Eugenii also admitted to have illegally crossed the international boundary without being inspected by an Immigration Officer at a designated Port of Entry.

| Signature | Title |
|---|---|
| ROBERTO BRAVO | BORDER PATROL AGENT |

| Alien's Name | File Number | Date |
|---|---|---|
| GLUSHCHENKO, EUGENII | ▇▇▇▇▇▇460 <br> Event No ▇▇▇▇▇▇ | 09/02/2018 |

**CONSULAR NOTIFICATION:**
GLUSHCHENKO, Eugenii was notified of his right to communicate with a Consular Officer from his country as per Article 36(1)(b) of the Vienna convention on Consular Relations. GLUSHCHENKO, Eugenii indicated that she understood this right but declined to make a statement. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**DISPOSITION:**
GLUSHCHENKO, Eugenii is being held under Service custody pending removal proceedings. Expedited Removal as per Section 235(b)(1)(A)(iii) of the INA. Service Form I-867 A/B was read and explained to GLUSHCHENKO, Eugenii in the English language and he stated that his understood and was willing to answer questions at this time. GLUSHCHENKO, Eugenii was apprehended within 100 air miles from the United States / Mexico international boundary.

| Signature | Title |
|---|---|
| ROBERTO BRAVO | BORDER PATROL AGENT |