# EXHIBIT 3

# EXHIBIT 3

Office: AJO, AZ, BORDER PATROL STATION          File No: ███████ 460
                                                Event No: ███████

Statement by: EUGENII GLUSHCHENKO

In the case of: EUGENII GLUSHCHENKO

Date of Birth: ███ 1982                         Gender (select one): [Male] Female

At: AJO, AZ, BORDER PATROL STATION              Date: September 02, 2018

Before: ROBERTO BRAVO                                          BORDER PATROL AGENT
                        (Name and Title)

In _Russian_ language. Interpreter NONE         Employed by _____

I am an officer of the United States Department of Homeland Security. I am authorized to administer the immigration laws and to take sworn statements. I want to take your sworn statement regarding your application for admission to the United States. Before I take your statement, I also want to explain your rights, and the purpose and consequences of this interview.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing. If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision. It is very important that you tell me the truth. If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Except as I will explain to you, you are not entitled to a hearing or review.

   U.S. law provides protection to certain persons who face persecution, harm or torture upon return to their home country. If you fear or have a concern about being removed from the United States or about being sent home, you should tell me so during this interview because you may not have another chance. You will have the opportunity to speak privately and confidentially to another officer about your fear or concern. That officer will determine if you should remain in the United States and not be removed because of that fear.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Q. Do you understand what I have said to you?
A. Yes.

Q. Any statement you make must be given freely and voluntarily. Are you willing to answer my questions at this time?
A: Yes.

Q. Do you swear or affirm that all the statements you are about to make are true and complete?
A. Yes.

Q. What is your true and correct name?
A. GLUSHCHENKO, Eugenii                     X _____ (aliens initials)

...(CONTINUED ON I-831)

| Alien's Name | File Number | Date |
|---|---|---|
| EUGENII GLUSHCHENKO | ███████460 / Event No: ███████ | September 02, 2018 |

Q. Have you ever used any other names?
A. No.

Q. Of what country are you a citizen?
A. Russia

Q. What is your date and place of birth?
A. I was born on ██████ 1982 in Russia

Q. When did you last enter the United States?
A. On the 01st of September 2018 around 8:00 AM.

Q. How and where did you enter the United States at this time?
A. By walking through the desert near Sonoyta, Mexico

Q. Have you ever been Deported, Excluded or Removed from the United States?
A. No.

████████████████████████████████████████████████

Q. Is there anything else that you would like to say at this time?
A. No.

Signature of alien: X _[signature]_
Subscribed and sworn to me at: Ajo, Arizona on Sunday, September 02, 2018

_[signature]_                _[signature]_
(Signature of Immigration Officer)   (Signature of Witness)

Signature: _[signature]_ ROBERTO BRAVO

Title: BORDER PATROL AGENT

2 of 2 Pages

Q: Why did you leave your home country or country of last residence?

A. TO FIND A BETTER LIFE FOR ME AND MY WIFE.

[REDACTED]

Q. Do you have any question or is there anything else you would like to add?

A. NO

I have read (or have had read to me) this statement, consisting of __1__ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s)_____).

Signature: EUGENII GLUSHCHENKO

Sworn and subscribed to before me at AJO, AZ, BORDER PATROL STATION
on September 02, 2018.

ROBERTO BRAVO
BORDER PATROL AGENT

Signature of Immigration Officer

Witnessed by: _____