# EXHIBIT 6

# EXHIBIT 6

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
ELOY, ARIZONA

IN THE MATTER OF:  | IN BOND PROCEEDINGS

GLUSHCHENKO, Eugenii  | FILE NO.: ███████460

RESPONDENT  | DATE: February 13, 2019

**ON BEHALF OF RESPONDENT**
*Pro se*, c/o Custodial Officer
Eloy Detention Center
1705 East Hanna Road
Eloy, Arizona 85131

**ON BEHALF OF THE DEPARTMENT**
Assistant Chief Counsel
U.S. Immigration and Customs Enforcement
1705 East Hanna Road
Eloy, Arizona 85131

## MEMORANDUM

On January 18, 2019, this Court took no action with respect to Respondent's request for custody redetermination to give Respondent time to gather evidence in support of his request for a bond and/or to obtain an attorney. *See* Order of the Immigration Judge with Respect to Custody (Jan. 18, 2019). On February 8, 2019, Respondent appealed to the Board of Immigration Appeals ("Board"). As no action was taken at Respondent's initial custody hearing, the Court has yet to hear evidence to render a decision with respect to custody. The Court has no record of a request for custody redetermination since Respondent's last hearing, but will nonetheless construe Respondent's appeal to the Board as a request for custody redetermination. As such, the Court has scheduled a custody redetermination hearing for February 20, 2019, rendering Respondent's instant appeal moot.

Jennifer I. Gaz
United States Immigration Judge

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: ( ) ALIEN  (X) ALIEN c/o Custodial Officer  ( ) ALIEN'S ATT/REP  ( ) DHS
DATE: 2/13/19    BY COURT STAFF: _____
ATTACHMENTS: ( ) EOIR-33  ( ) EOIR-28  ( ) Legal Services List  ( ) Other