# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Eugenii Glushchenko,<br><br>　　　　　Respondent. | **NO. CV-19-04678-PHX-SPL (JFM)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 22, 2019, judgment is entered in favor of plaintiff and this action is dismissed.

　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

July 22, 2019

　　　　　　　　　　　　　　s/ S. Quinones
　　　　　　　　　　　By　Deputy Clerk